**John Robert BAGBY, Movant,**

v.

**KENTUCKY BAR ASSOCIATION, Respondent.**

**No. 91–SC–861–KB.**

Supreme Court of Kentucky.

Feb. 13, 1992.

John Robert Bagby, pro se.

Bruce K. Davis, Executive Director, Kentucky Bar Ass'n, Frankfort, for respondent.

ORDER OF REINSTATEMENT

The application of John Robert Bagby for reinstatement to the practice of law in the Commonwealth of Kentucky is hereby granted.

Mr. Bagby shall pay the costs incurred by the Kentucky Bar Association in the processing of the application.

All concur.

/s/ Robert F. Stephens
Chief Justice